**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Moses  Malone Junior v. James Harden

Appellate case number:   01-20-00197-CV

Trial court case number:  2016-52944

Trial court:                    151st District Court of Harris County

　　　　Appellant's motion for rehearing, filed June 1, 2022, is DENIED. It is so ORDERED.


Judge's signature: __/s/ Richard Hightower_____
　　　　　　　　　　　　　Acting for the Court


Date:   __September 8, 2022_____

Panel consists of Justices Goodman, Landau, and Hightower.